IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00220-WYD-MJW

SAMI RAGAB, an individual,

Plaintiff(s),

v.

MUHAMMAD HOWARD, individually and in his capacity as owner, partner, and corporate officer; and
ULTEGRA FINANCIAL PARTNERS, INC., a Colorado corporation; and
SEED CONSULTING, LLC, d/b/a SEED CAPITAL, a Nevada limited liability company,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion for Relief from Order (docket no. 14) is DENIED.

Date: March 30, 2015