IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00220-WYD-MJW

SAMI RAGAB, an individual,

Plaintiff(s),

v.

MUHAMMAD HOWARD, individually and in his capacity as owner, partner, and corporate officer; and
ULTEGRA FINANCIAL PARTNERS, INC., a Colorado corporation; and
SEED CONSULTING, LLC, d/b/a SEED CAPITAL, a Nevada limited liability company,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Seed Consulting's Motion for Leave to Appear Telephonically for Scheduling Conference (Docket No. 17) is granted. Counsel for defendant Seed Consulting shall call the court on May 5, 2015, at 2:00 p.m. Mountain Time at (303) 844-2403.

Date: April 9, 2015