IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00220-WYD-MJW

SAMI RAGAB, an individual,

    Plaintiff,

v.

MUHAMMAD HOWARD, individually and in his capacity as owner, partner, and corporate officer; and
ULTEGRA FINANCIAL PARTNERS, INC., a Colorado corporation; and
SEED CONSULTING, LLC, d/b/a SEED CAPITAL, a Nevada limited liability company,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    In light of the filing of Defendants Muhammad Howard and Ultegra Financial Partners, Inc.'s Amended Motion to Compel Arbitration and Motion to Dismiss Plaintiff's Claims or, in the Alternative, Stay Plaintiff's Claims filed April 14, 2015 (ECF No. 21), their original Motion to Compel Arbitration and Motion to Dismiss Plaintiff's Claims or, in the Alternative, Stay Plaintiff's Claims filed April 13, 2015 (ECF No. 20) is **DENIED AS MOOT**.

    Dated: April 23, 2015.