IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-00220-WYD-MJW

SAMI RAGAB, an individual,

      Plaintiff,

v.

MUHAMMAD HOWARD, individually and in his capacity as owner, partner, and corporate officer; and
ULTEGRA FINANCIAL PARTNERS, INC., a Colorado corporation; and
SEED CONSULTING, LLC, d/b/a SEED CAPITAL, a Nevada limited liability company,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Plaintiff's Motion for Leave to File Sur-Reply to Defendants' Amended Reply in Support of Defendants Muhammad Howard and Ultegra Financial Partners, Inc.'s Amended Motion to Compel Arbitration and Motion to Dismiss Plaintiff's Claims and Motion to Dismiss Plaintiff's Claims or, in the Alternative, Stay Plaintiff's Claims filed June 8, 2015 (ECF No. 31) is **GRANTED**.  Plaintiff may file a *short* sur-reply to Defendant's Amended Reply, not to exceed five (5) pages in length, by **Thursday, June 18, 2015**.

      Plaintiff's Motion for Leave to File Sur-Reply to Defendants' Reply in Support of Defendants Muhammad Howard and Ultegra Financial Partners, Inc.'s Amended Motion to Compel Arbitration and Motion to Dismiss Plaintiff's Claims and Motion to Dismiss Plaintiff's Claims or, in the Alternative, Stay Plaintiff's Claims filed May 27, 2015 (ECF No. 29) is **DENIED AS MOOT**.

      Dated:  June 9, 2015.