IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00220-WYD-MJW

SAMI RAGAB, an individual,

Plaintiff(s),

v.

MUHAMMAD HOWARD, individually and in his capacity as owner, partner, and corporate officer; and
ULTEGRA FINANCIAL PARTNERS, INC., a Colorado corporation; and
SEED CONSULTING, LLC, d/b/a SEED CAPITAL, a Nevada limited liability company,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendants Muhammad Howard and Ultegra Financial Partners, Inc.'s Motion to Stay Discovery (docket no. 46) is GRANTED pursuant to *Howard v. Ferrellgas Partners*, L.P., 748 F.3d 975, 978 (10th Cir. 2014)(the Federal Arbitration Act (FAA) "requires courts process the venue [court or arbitration] question quickly so the parties can get on with the merits of their dispute in the right forum. It calls for a summary trial - not death by discovery."). Here, I find that a stay of discovery as to Defendants Muhammad Howard and Ultegra Financial Partners, Inc. ONLY should be entered in the interest of judicial economy and such stay is consistent with the purposes of the FFA until such time as Senior District Judge Daniel rules on the pending Defendants Muhammad Howard and Ultegra Financial Partners, Inc.'s Amended Motion to Compel Arbitration and Motion to Dismiss Plaintiff's Claims or, in the Alternative, Stay Plaintiff's Claims (docket no. 21) which was filed with the court on April 14, 2015. This pending motion (docket no. 21) is currently ripe for ruling by Senior District Judge Daniel as of June 18, 2015. Accordingly, Plaintiff will not be prejudiced since the pending motion (docket no. 21), in all likelihood, will be ruled on by Senior Judge Daniel in the near future.

     It is FURTHER ORDERED that discovery will proceed forward between Plaintiff and the Co-Defendants Clive Funding, Inc. and Seed Consulting, LLC d/b/a Seed Capital.

Date: October 9, 2015