IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00220-WYD-MJW

SAMI RAGAB, an individual,

Plaintiff(s),

v.

MUHAMMAD HOWARD, individually and in his capacity as owner, partner, and corporate officer; and
ULTEGRA FINANCIAL PARTNERS, INC., a Colorado corporation; and
SEED CONSULTING, LLC, d/b/a SEED CAPITAL, a Nevada limited liability company,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion for Entry of Protective Order (docket no. 54) is GRANTED finding good cause shown.  The written Protective Order (docket no. 54-1) is APPROVED as amended in paragraphs 11 and 12 and made an Order of Court.

It is further ORDERED that Defendant Clive Funding, Inc.'s Unopposed Motion to Stay Discovery (Docket No. 52) is granted.  Here, I find that a stay of discovery as to Defendant Clive Funding, Inc., shall also enter in the interest of judicial economy, and such stay is consistent with the purposes of the FFA until such time as Senior District Judge Daniel rules on the pending Defendant Clive Funding, Inc.'s Motion to Compel Arbitration and Motion to Dismiss Plaintiff's Claims Pursuant to Rule 12(b0(1) or, in the Alternative, Stay Plaintiff's Claims (docket no. 51), which was filed with the court on October 14, 2015.

Date: October 22, 2015