IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  15-cv-00220-WYD-MJW

SAMI RAGAB, an individual,

    Plaintiff,

v.

MUHAMMAD HOWARD, individually and in his capacity as owner, partner, and corporate officer;
ULTEGRA FINANCIAL PARTNERS, INC., a Colorado corporation; and
SEED CONSULTING, LLC, d/b/a SEED CAPITAL, a Nevada limited liability company,

    Defendants.

---

## ORDER

---

    This matter is before the Court on Defendants Muhammad Howard, Ultegra Financial Partner, Inc., and Clive Funding, Inc.'s Joint Motion to Stay Proceedings Pending Appeal filed November 17, 2015.  Defendants' motion requests a stay of all proceedings in this matter with respect to them pending resolution of their appeal of the Court's Order denying their motions to compel arbitration.  A response to the motion was filed on December 8, 2015, and a reply was filed on December 15, 2015.  Thus, the motion is fully briefed.

    Turning to my analysis, the Tenth Circuit has held that the denial of a motion to compel arbitration divests the district court of jurisdiction to proceed on the merits of the underlying claim so long as the appeal of the denial of that motion is nonfrivolous. *McCauley v. Halliburton Energy Servs., Inc.*, 413 F.3d 1158, 1162 (10th Cir. 2005).

While Plaintiff argues that the appeal is frivolous and that the motion to stay should be denied, I reject this argument. Even though I denied Defendants' motions to compel arbitration, there is legal and factual support for their arguments. Their arguments regarding arbitration are not wholly without merit, and thus are not frivolous. *See Autorama Corp. v. Stewart*, 802 F.2d 1284, 1288 (10th Cir. 1986).

Accordingly, it is

ORDERED that Defendants Muhammad Howard, Ultegra Financial Partner, Inc., and Clive Funding, Inc.'s Joint Motion to Stay Proceedings Pending Appeal (ECF No. 66) is **GRANTED**. This action is stayed as to Defendants Muhammad Howard, Ultegra Financial Partner, Inc., and Clive Funding, Inc. pending the appeal of their motions to compel arbitration.

Dated: January 5, 2016

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge