IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00220-WYD-MJW

SAMI RAGAB, an individual,

Plaintiff,

v.

MUHAMMAD HOWARD, individually and in his capacity as owner, partner, and corporate officer; and
ULTEGRA FINANCIAL PARTNERS, INC., a Colorado corporation; and
SEED CONSULTING, LLC, d/b/a SEED CAPITAL, a Nevada limited liability company,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In light of the Stay entered on January 5, 2016 (Docket No. 73), it is hereby ORDERED that Plaintiff's Motion to Compel Discovery Response (Docket No. 63) is DENIED WITHOUT PREJUDICE, to be refiled if necessary after the stay is lifted.

Date: January 28, 2016