IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  15-cv-00220-WYD-MJW

SAMI RAGAB, an individual,

     Plaintiff,

v.

MUHAMMAD HOWARD, individually and in his capacity as owner, partner, and corporate officer;
ULTEGRA FINANCIAL PARTNERS, INC., a Colorado corporation;
CLIVE FUNDING INC., a Utah corporation, and
SEED CONSULTING, LLC, d/b/a SEED CAPITAL, a Nevada limited liability company,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     Defendant Seed Consulting, LLC's Unopposed Emergency Motion to Stay Proceedings Pending Appeal filed February 2, 2016 (ECF No. 75) is **GRANTED**.  The Court previously issued a stay of proceedings with respect to the other three Defendants by Order of January 5, 2016.  I find that a stay is also appropriate as to Defendant Seed Consulting, LLC for the reasons stated in the motion.  Indeed, I find that since the claims Plaintiff assert against all of the Defendants are interrelated, a stay is warranted in favor of Seed Consulting, LLC because it would conserve judicial resources and the resources of the parties.  Accordingly, this case is **STAYED** as Seed Consulting, LLC until the Ultegra Defendants' And Clive Funding Inc.'s pending appeal is resolved.

     Dated:  February 24, 2016